# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 05-20539 CIV LENARD

Plaintiff:
**VALRIE HIGGINS,**

vs.

Defendant:
**CARNIVAL CORPORATION A/K/A CARNIVAL CRUISE LINES,**

For:
Jerome Quinn
LAW OFFICES OF JEROME G. QUINN, P.A.
200 S. Biscayne Blvd,
Suite 5120
Miami, FL  33131

Received by ROBERTO LINDSAY PROCESS SERVICE on the 24th day of February, 2005 at 9:00 am to be served on **CARNIVAL CORPORATION A/K/A CARNIVAL CRUISE LINES, AT 3655 NW 87 AVENUE, MIAMI, FL.**

I, Roberto Lindsay, do hereby affirm that on the **25th day of February, 2005 at 12:30 pm, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me to VIVIAN C. TORRES as AUTHORIZED AGENT of the within named corporation, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the county in which it was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my Knowledge.

**Roberto Lindsay**
CERTIFIED PROCESS SERVER #1094

**ROBERTO LINDSAY PROCESS SERVICE**
**9001 S.W 94th Street**
**Suite # 210**
**Miami, FL  33176**
**(305) 273-0317**
Our Job Serial Number: 2005000585

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **05-20539 CIV-LENARD**

MAGISTRATE JUDGE SIMONTON

**COPY FOR JUDGE**

Plaintiff: Valrie Higgins

v.

Defendant: Carnival Corporation a/k/a Carnival Cruise Lines,

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Registered Agent: Arnaldo Perez
Carnival Corporation
3655 N.W. 87th Ave
Miami Fl 33178-2428

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerome G. Quinn, P.A.
200 S. Biscayne Blvd.
Suite 5120
Miami, FL 33131

CS: Vivian C. Torky
2/25/05 - 12³⁰
[illegible handwriting]

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                        FEB 2 2 2005

CLERK                                                  DATE

[signature]                                            FEB 2 4 2005

(BY) DEPUTY CLERK