UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-20539 CIV-LENARD/KLEIN



VALRIE HIGGINS,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a/k/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Florida Rules of Civil Procedure, the parties hereby notify the Court of settlement.

    **IT IS STIPULATED** by and between the Plaintiff, **VALRIE HIGGINS** and the Defendant, **CARNIVAL CORPORATION**, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

| | |
|---|---|
| Jerome G. Quinn, Esq. | John M. Mitchell, Esq. |
| Attorney for Plaintiff | Attorney for Defendant, Carnival |
| Law Offices of Jerome G. Quinn, P.A. | 3655 NW 87th Avenue |
| 200 South Biscayne Boulevard, Suite 5120 | Miami, Florida 33178 |
| Miami, Florida 33131 | |
| By: _____ | By: _____ |
| Jerome G. Quinn, Esq. | John M. Mitchell, Esq. |
| FBN 187933 | FBN 0032808 |

